**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re: Christopher M Osborn       : Case No: 17-3229
       Kimberly S Osborn          :
               Debtors         :
                             : Chapter 13

**<u>DEBTORS' PRE..CONFIRMATION CERTIFICATION OF COMPLIANCE WITH
POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS
1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)</u>**

I, Christopher M. Osborn, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on January 17, 2018.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Date:    8/4/2017                            /s/: Michael R. Caum
                                                   Michael R. Caum, Esquire
                                                     PO Box 272
                                                     Shrewsbury, PA 17361
                                                     (717) 227-8030


Date:    8/4/2017                            /s/: Christopher M. Osborn
                                                       Christopher M. Osborn

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:  Christopher M Osborn       : Case No:  17-3229
       Kimberly S Osborn           :
               Debtors         :
                              : Chapter 13

### DEBTORS' PRE..CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)

I, Kimberly S. Osborn, upon my oath according to law, hereby certify as follows:

1.     That the below information is being supplied for compliance with the confirmation hearing date on January 17, 2018.

2.     That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3.     That all applicable Federal, State, and local tax returns, as required by 11U.S.C. Section 1308 have been filed.

4.     If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5.     If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: __8/4/2017_____                 _/s/: Michael R. Caum_____
                                               Michael R. Caum, Esquire
                                               PO Box 272
                                               Shrewsbury, PA 17361
                                               (717) 227-8030

Date: __8/4/2017_____                  _/s/: Kimberly S. Osborn____
                                               Kimberly S. Osborn