UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 17-03229-HWV
CHAPTER 13

Christopher M Osborn,
Debtor and
Kimberly S Osborn,
Joint Debtor.
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 52, Response to Objection to Claim, filed on February 15, 2018.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery
Kevin Buttery, Esquire
Bar Number 319438
Email: kbuttery@rascrane.com

17-03229-HWV
Osborn, Kimberly & Christopher
Notice of Withdrawal
Page1

Case 1:17-bk-03229-HWV    Doc 60    Filed 04/16/18    Entered 04/16/18 11:53:54    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL R CAUM ESQ
PO BOX 272
SHREWSBURY, PA 17361

CHRISTOPHER M OSBORN
302 FORESTVIEW DRIVE
DELTA, PA 17314

KIMBERLY S OSBORN
302 FORESTVIEW DRIVE
DELTA, PA 17314

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969

    By: /s/ Kevin Buttery
        Kevin Buttery, Esquire
        Bar Number 319438
        Email: kbuttery@rascrane.com

17-03229-HWV
Osborn, Kimberly & Christopher
Notice of Withdrawal
Page2

Case 1:17-bk-03229-HWV    Doc 60    Filed 04/16/18    Entered 04/16/18 11:53:54    Desc
Main Document    Page 2 of 2