**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Christopher M Osborn, Kimberly S Osborn | : | CHAPTER  13 |
| | : | CASE NO. 1-17-bk-03229 |
| **Debtor(s)** Christopher M Osborn, Kimberly S Osborn | : | ADVERSARY NO. ___-___-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | : | Nature of Proceeding: Objection to Claim |
| U.S. Bank, National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS Series 2005-11 | : | Pleading: Amended Objection to Claim |
| **Defendant(s)/Respondent(s)** | : | Document #: 49 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [✔] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 5/15/2018        /s/: Michael R. Caum
                        Attorney for Debtors/Movants

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.