```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 17-03229-HWV
Christopher M Osborn                                      Chapter 13
Kimberly S Osborn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Jun 05, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
4961047        +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee
               on behalf of the holders of the Terwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS
               Series 2005-11 bkgroup@kmllawgroup.com
              Kevin Buttery    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
              Michael R Caum    on behalf of Debtor 1 Christopher M Osborn mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor 2 Kimberly S Osborn mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03229-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher M Osborn
302 Forestview Drive
Delta PA 17314

Kimberly S Osborn
302 Forestview Drive
Delta PA 17314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/05/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
St. Paul, MN 55116-0408
ECMC
PO BOX 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/07/18

Terrence S. Miller
**CLERK OF THE COURT**