UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRISTOPHER M OSBORN                           Case No.: 1-17-03229-HWV
KIMBERLY S OSBORN                              Chapter 13
            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:          MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 9062/PRE ARREARS/302 FOREST VIEW DR |
| Property Address if applicable: | 302 FORESTVIEW DRIVE, , DELTA, PA17314 |

**PART 2:          CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $26,552.75 |
| b. | Prepetition arrearages paid by the Trustee: | $26,552.75 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $26,552.75 |

**PART 3:          POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:          A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 24, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1191468 | 09/06/2018 | $1,113.19 | $0.00 | $1113.19 |
| 5200 | 1192801 | 10/10/2018 | $542.30 | $0.00 | $542.30 |
| 5200 | 1194161 | 11/08/2018 | $539.98 | $0.00 | $539.98 |
| 5200 | 1195557 | 12/13/2018 | $539.98 | $0.00 | $539.98 |
| 5200 | 1196933 | 01/10/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1198074 | 02/07/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1200683 | 04/11/2019 | $1,079.96 | $0.00 | $1079.96 |
| 5200 | 1202023 | 05/09/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1203332 | 06/06/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1204726 | 07/11/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1206082 | 08/07/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1207551 | 09/26/2019 | $1,105.48 | $0.00 | $1105.48 |
| 5200 | 1209848 | 11/07/2019 | $541.14 | $0.00 | $541.14 |
| 5200 | 1211202 | 12/12/2019 | $541.14 | $0.00 | $541.14 |
| 5200 | 1212562 | 01/16/2020 | $1,082.28 | $0.00 | $1082.28 |
| 5200 | 1215228 | 03/12/2020 | $541.14 | $0.00 | $541.14 |
| 5200 | 1216509 | 04/14/2020 | $541.14 | $0.00 | $541.14 |
| 5200 | 1217552 | 05/06/2020 | $522.00 | $0.00 | $522.00 |
| 5200 | 1218518 | 06/02/2020 | $522.00 | $0.00 | $522.00 |
| 5200 | 1219549 | 07/07/2020 | $522.00 | $0.00 | $522.00 |
| 5200 | 1220587 | 08/12/2020 | $522.00 | $0.00 | $522.00 |
| 5200 | 1221648 | 09/17/2020 | $1,044.00 | $0.00 | $1044.00 |
| 5200 | 1223478 | 11/03/2020 | $527.80 | $0.00 | $527.80 |
| 5200 | 1224412 | 12/10/2020 | $527.80 | $0.00 | $527.80 |
| 5200 | 1226199 | 01/19/2021 | $527.80 | $0.00 | $527.80 |
| 5200 | 1227219 | 02/17/2021 | $1,055.60 | $0.00 | $1055.60 |
| 5200 | 1228234 | 03/17/2021 | $527.80 | $0.00 | $527.80 |
| 5200 | 2000627 | 05/18/2021 | $1,073.00 | $0.00 | $1073.00 |
| 5200 | 2001638 | 06/16/2021 | $545.20 | $0.00 | $545.20 |
| 5200 | 2003683 | 08/18/2021 | $1,090.40 | $0.00 | $1090.40 |
| 5200 | 2005736 | 10/14/2021 | $545.20 | $0.00 | $545.20 |
| 5200 | 2006765 | 11/16/2021 | $529.54 | $0.00 | $529.54 |
| 5200 | 2007791 | 12/15/2021 | $529.54 | $0.00 | $529.54 |
| 5200 | 2008798 | 01/19/2022 | $1,059.08 | $0.00 | $1059.08 |
| 5200 | 2009777 | 02/16/2022 | $529.54 | $0.00 | $529.54 |
| 5200 | 2010760 | 03/16/2022 | $529.54 | $0.00 | $529.54 |
| 5200 | 2012850 | 05/17/2022 | $1,059.08 | $0.00 | $1059.08 |
| 5200 | 2014854 | 07/13/2022 | $529.54 | $0.00 | $529.54 |
| 5200 | 2015915 | 08/17/2022 | $826.68 | $0.00 | $826.68 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRISTOPHER M OSBORN    Case No.: 1-17-03229-HWV
KIMBERLY S OSBORN       Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| MICHAEL CAUM, ESQUIRE<br>PO BOX 272<br>SHREWSBURY PA, 17361- | SERVED ELECTRONICALLY |
| NATIONSTAR MTG LLC<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| CHRISTOPHER M OSBORN<br>KIMBERLY S OSBORN<br>302 FORESTVIEW DRIVE<br>DELTA, PA 17314 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com