**Fill in this information to identify the case**

**Debtor 1** Christopher M Osborn

**Debtor 2** Kimberly S Osborn
(Spouse, if filing)

**United States Bankruptcy Court for the:** MIDDLE District of PENNSYLVANIA
                                                        (State)

**Case number** 17-03229

# Form 4100R
## Response to Notice of Final Cure Payment       10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9062

**Property address:** 302 Forest View Drive
          Number          Street

Delta  PA  17314
City                      State       Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2022
                                                     MM/DD/YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:     (b) $_____

c. Total. Add lines a and b.     (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/____
                MM/DD/YYYY

Debtor 1    Christopher M Osborn     Case number (if known) 17-03229

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Alyk L. Oflazian     Date   11/14/2022
Signature

Print:   Alyk Lily Oflazian     Title   Attorneys for Creditor

Company:   Manley Deas Kochalski LLC

Address:   P.O. Box 165028
Number   Street

Columbus, OH   43216-5028
City   State   ZIP Code

Contact phone   614-220-5611     Email   amps@manleydeas.com

Form 4100R     **Response to Notice of Final Cure Payment**     page **2**

22-034223_KJB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-03229 |
| Christopher M Osborn | : Chapter 13 |
| Kimberly S Osborn | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| U.S. Bank National Association, as | : Related Document # |
| Trustee, successor in interest to Bank of | : |
| America National Association, as | : |
| Trustee, successor by merger to LaSalle | : |
| Bank National Association, as Trustee | : |
| for LEHMAN XS TRUST MORTGAGE | : |
| PASS-THROUGH CERTIFICATES, | : |
| SERIES 2005-4 | : |
| **Movant,** | |
| vs | |
| | |
| Christopher M Osborn | |
| Kimberly S Osborn | |
| | |
| Jack N Zaharopoulos | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Michael R Caum, Attorney for Christopher M Osborn and Kimberly S Osborn, mikecaumesq@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

22-034223_KJB

Christopher M Osborn and Kimberly S Osborn, 302 Forestview Drive, Delta, PA 17314

/s/ Alyk L. Oflazian