United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher M Osborn  
Kimberly S Osborn  
    Debtors

Case No. 17-03229-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 05, 2023      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher M Osborn, Kimberly S Osborn, 302 Forestview Drive, Delta, PA 17314-8669 |
| cr | + | U.S. Bank National Association, as Trustee, succes, P.O. Box 619096, Dallas, TX 75261-9096 |
| 4997639 | + | Aberdeen Proving Ground Federal Credit Union, c/o Silverman Theologou LLP, 11200 Rockville Pike Suite 520, North Bethesda, MD 20852-7105 |
| 4953720 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 05 2023 18:44:00 | U.S. Bank National Association, Robertson, Anschutz & Schneid, 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 05 2023 18:44:00 | U.S. Bank, National Association, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4953714 | + | Email/Text: bncnotifications@pheaa.org | Jan 05 2023 18:44:00 | AES/PNC National City, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 4953713 | + | Email/Text: bankruptcygroup@apgfcu.com | Jan 05 2023 18:44:00 | Aberdeen Proving Ground FCU, PO Box 1176, Aberdeen, MD 21001-6176 |
| 4953715 | + | EDI: TSYS2 | Jan 05 2023 23:54:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 4953716 | + | EDI: CAPITALONE.COM | Jan 05 2023 23:54:00 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 4953717 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2023 18:49:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5069313 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 05 2023 18:44:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5069314 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 05 2023 18:44:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 4953718 | | EDI: IRS.COM | Jan 05 2023 23:54:00 | Internal Revenue Service, PO Box 37004, Hartford, CT 06176-7004 |
| 4988967 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2023 18:49:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4953719 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 05 2023 18:44:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 4976276 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 05 2023 18:44:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO BOX 619094, Dallas, TX 75261-9094 |
| 4961047 | + | Email/Text: bncnotifications@pheaa.org | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 05 2023 18:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4978978 | | EDI: PRA.COM | Jan 05 2023 23:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4954200 | + | EDI: RECOVERYCORP.COM | Jan 05 2023 23:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4953721 | + | EDI: RMSC.COM | Jan 05 2023 23:54:00 | SYNCB/Amazon, PO Box 965005, Orlando, FL 32896-5005 |
| 4959073 | + | Email/Text: RASEBN@raslg.com | Jan 05 2023 18:44:00 | U.S. Bank National Association, c/o Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5019876 | + | Email/Text: RASEBN@raslg.com | Jan 05 2023 18:44:00 | U.S. Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue,, Suite 100, Boca Raton, FL 33487-2853 |
| 4998336 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 05 2023 18:44:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4953722 | | Email/Text: kcm@yatb.com | Jan 05 2023 18:44:00 | York Adams Tax Bureau, 1415 N Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America National Associ amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |

| | |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor U.S. Bank National Association afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Christopher A DeNardo | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America National Associ logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS Series 2005-11 bkgroup@kmllawgroup.com |
| Kevin Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com |
| Michael R Caum | on behalf of Debtor 1 Christopher M Osborn mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 2 Kimberly S Osborn mikecaumesq@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher M Osborn<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–7318<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Kimberly S Osborn<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–1939<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-03229-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher M Osborn           Kimberly S Osborn

**By the court:**

1/5/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W              **Chapter 13 Discharge**              page 2