United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-03229-HWV
Christopher M Osborn  Chapter 13
Kimberly S Osborn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 10, 2023     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher M Osborn, Kimberly S Osborn, 302 Forestview Drive, Delta, PA 17314-8669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America National Associ amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Ashlee Crane Fogle | on behalf of Creditor U.S. Bank National Association afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Christopher A DeNardo | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America National Associ logsecf@logs.com, cistewart@logs.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor U.S. Bank  National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS Series 2005-11 bkgroup@kmllawgroup.com

Kevin Buttery
    on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com

Michael R Caum
    on behalf of Debtor 1 Christopher M Osborn mikecaumesq@comcast.net

Michael R Caum
    on behalf of Debtor 2 Kimberly S Osborn mikecaumesq@comcast.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher M Osborn,<br>**Debtor 1**<br>Kimberly S Osborn,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:17−bk−03229−HWV |

Social Security No.:
    xxx−xx−7318    xxx−xx−1939

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2023

**fnldec** (01/22)